NANCY STEVENS, as Administratrix of the Estate of GEORGE STEVENS, Deceased, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 27979.)

Submitted January 7, 1952; decided January 17, 1952.

*Melvel W. Snitow* for motion.

*Nathaniel L. Goldstein, Attorney-General (Wendell P. Brown* and *Ruth Kessler Toch* of counsel), opposed.

Motion dismissed upon the ground that the order does not finally determine the action within the meaning of the Constitution.